ANNE F. HUNTER, Plaintiff-Appellant, *v.* THE BOARD OF EDUCATION FOR THE CITY OF CHICAGO *et al.*, Defendants-Appellees.

First District (4th Division)   No. 61726

Opinion filed May 26, 1976.

Anne F. Hunter, of Chicago, for appellant, *pro se*.

Kirkland and Ellis, of Chicago, for appellees.

Mr. JUSTICE DIERINGER delivered the opinion of the court:

On April 10, 1974, appellant filed her record on appeal in this court. On April 30, 1975, on appellant's motion to consolidate this cause with Case No. 61431 (*Hunter v. Hunter*, 39 Ill. App. 3d 220), wherein plaintiff represented the causes were related, this court improvidently allowed the consolidation, no objections having been filed by any of the defendants.

No briefs have been filed by plaintiff-appellant or any of the defendants in this matter. Therefore this cause is dismissed.

Appeal dismissed.

ADESKO and BURMAN, JJ., concur.